IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>R. SCOT STOKES,<br><br>   Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTIONS FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Case No. 2:05-CR-118 TS |

I. INTRODUCTION

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. The Court denies the Motion.

II. BACKGROUND

Defendant's sentence included a 36-month term of supervised release. Defendant began his term of supervision on July 21, 2009 and has served less than half of that time. Since his release, he has maintained employment and is complaint with the conditions of his release. The government opposes early termination.

1

## III. DISCUSSION

The Court may modify or reduce a term of supervision under 18 U.S.C. § 3583(e)(2) and Fed.R.Crim.P. 32.1. In making this determination, the Court must consider many of the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.[1]

The Court has considered these factors, has reviewed this entire case, consulted with Defendant's supervising probation officer, and considered the government's opposition. Based on its consideration of the applicable § 3553(a) factors, the Court finds that early termination is not warranted by the conduct of the offender and is not in the interest of justice.

## IV. CONCLUSION AND ORDER

Based upon the above, it is hereby

ORDERED that Defendant's Motions for Early Termination of Supervised Release (Docket No. 36) is DENIED.

DATED this 28th day of June, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] 18 U.S.C. § 3583(e) (directing that the court consider factors set forth in § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)).